**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1732**

---

In re:  KRISTOPHER OWEN DANIELS,

      Petitioner.

---

On Petition for Writ of Mandamus.  (7:14-cr-00105-FL-1)

---

Submitted:  August 29, 2022                    Decided:  September 1, 2022

---

Before NIEMEYER, MOTZ, and WYNN, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Kristopher Owen Daniels, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Kristopher Owen Daniels petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Daniels' § 2255 motion on November 8, 2019. Accordingly, because the district court has decided Daniels' case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*